IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**J & J Sports Productions, Inc.,**
     **Plaintiff,**
vs.

**Case No. 10-cv-16**

**Joseph A. Morey, individually and
d/b/a The Breeze Lounge & Nite Club and
Jill M. Morey, individually and d/b/a The
Breeze Lounge & Nite Club**
     **Defendant.**

---

## ENTRY OF DEFAULT

---

    Plaintiff, J & J Sports Productions, Inc., requests that the Clerk of Court enter default against defendant(s), Joseph A. Morey and Jill M. Morey, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants, Joseph A. Morey and Jill M. Morey, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 28th day of July, 2010.

                                              _Peter Oppeneer_
                                              Peter Oppeneer, Clerk of Court