IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J & J Sports Productions, Inc.

                Plaintiff,

                                  Case No.: 10CV16

vs.

Joseph A. Morey, individually and
d/b/a The Breeze Lounge & Nite Club and
Jill M. Morey, individually and d/b/a The
Breeze Lounge & Nite Club,

                Defendants.

---

### ~~PROPOSED~~ DEFAULT JUDGMENT

---

The defendants, Joseph A. Morey and Jill M. Morey, having failed to appear, plead or otherwise defend in this action, and default having been entered on July 28, 2010, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiff, J & J Sports Productions, Inc. and against defendants, Joseph A. Morey and Jill M. Morey, as follows: $111,911.51 plus interest on the judgment at the legal rate until the judgment is satisfied.

*Barbara B. Crabb*
District Judge    *October 20, 2010*

Entered this 22d day of October, 2010.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court